# UNITED STATES DISTRICT COURT
for the
District Of Oregon

| | |
|---|---|
| **DEBRA JOANN COATES GRIFFIN, individually and on behalf of all others similarly situated,**  *Plaintiff*  v.  **PREMIUM CHOICE INSURANCE SERVICES**  *Defendant* | Civil Action No. 6:25-cv-01125-MC |

## AFFIDAVIT OF SERVICE

I, Enrique Ascorra, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PREMIUM CHOICE INSURANCE SERVICES in Los Angeles County, CA on August 15, 2025 at 3:42 pm at 25887 Chalmers Place, Calabasas, CA 91302 by leaving the following documents with Maria A who as Assistant is authorized by appointment or by law to receive service of process for PREMIUM CHOICE INSURANCE SERVICES.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

White Female, est. age 35-44, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1660640426,-118.688637681
Photograph: See Exhibit 1


Total Cost: $125.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Los Angeles County   ,

  CA   on   8/19/2025  .

/s/ *Enrique Ascorra*

Signature
Enrique Ascorra
+1 (818) 207-9889



Exhibit 1a)