Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Tel: 215-225-5529

Attorney for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| DEBRA JOANN COATES GRIFFIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br><br>PREMIUM CHOICE INSURANCE SERVICES<br><br>      Defendant. | CASE NO. 6:25-cv-01125-MC<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>*Proposed Order filed concurrently herewith*<br><br>Assigned to Hon. Michael J. McShane |

      **IT IS HEREBY STIPULATED** by and between Plaintiff Debra Joann Coates Griffin, individually and on behalf of all others similarly situated ("Plaintiff"), and Premium Choice Insurance Services ("Defendant"), by and through their respective counsel, as follows:

      1.    Plaintiff filed this action on June 29, 2025;

      2.    Defendant was served with the summons and initial complaint on

August 15, 2025;

    3.    Defendant's response to the initial complaint is due on September 5, 2025; and

    4.    The parties stipulate and request that the Court enter the concurrently filed Proposed Order to extend the deadline for Defendant to respond to the initial complaint by 21 days, making any response by Defendant due September 26, 2025.

**IT IS SO STIPULATED.**

DATED: September 5, 2025    Perrong Law LLC

By:    */s/ Andrew Roman Perrong*
        Andrew Roman Perrong
        Attorneys for Plaintiff and the Proposed Class

DATED: September 5, 2025    Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP

By:    *s/ Oliver Rocos*
        Oliver Rocos
        *Pro Hac Vice Application Forthcoming*

        Attorneys for Defendant Premium Choice Insurance Services

*Pursuant to CIV. L.R. 11-1(b)(2), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.*