# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| DEBRA JOANN COATES GRIFFIN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br><br>PREMIUM CHOICE INSURANCE SERVICES<br><br>　　　　Defendant. | CASE NO. 6:25-cv-01125-MC<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

## **[PROPOSED] ORDER**

The Court, having reviewed the Stipulation of the parties, and good cause appearing, hereby orders as follows:

Defendant Premium Choice Insurance Services deadline to respond to the initial complaint is extended by 21 days, making any response by Defendant due September 26, 2025.

**IT IS SO ORDERED**

DATED:  September ___, 2025

 

_____
Hon. Michael J. McShane
United States District Judge

SUBMITTED BY:

Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Tel: 215-225-5529

Attorney for Plaintiff and the Proposed Class