Katherine Kao, Bar No. 235689
**FENNEMORE LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
kkao@fennemorelaw.com

Attorneys for Defendant
Premium Choice Insurance Services

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEBRA JOANN COATES GRIFFIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>PREMIUM CHOICE INSURANCE SERVICES,<br><br>     Defendant. | Case No. 6:25-cv-1125<br><br>**DEFENDANT PREMIUM CHOICE INSURANCE SERVICES' ANSWER TO CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL** |

Defendant Premium Choice Insurance Services ("Defendant"), by and through its undersigned counsel of record, states as follows in Answer to Plaintiff Debra Joann Coates Griffin's Class Action Complaint (the "Complaint"):

**CLASS ACTION COMPLAINT**

1. The allegations in Paragraph 1 of the Complaint regarding Plaintiff's intent in bringing this action are not directed at Defendant, and thus no response is required. To the extent a response is required, Defendant admits that Plaintiff purports to bring this action against Defendant for alleged violations of the TCPA. Defendant denies that this is a class action because a class has not yet been certified.

2. Defendant denies that it delivered or caused to be delivered advertisement or marketing calls or text messages to numbers on the National Do Not Call Registry, including Plaintiff's. Defendant denies that it violated 47 C.F.R. § 64.1200(c) and/or 47 U.S.C. § 227(c)(5).

**PARTIES**

3. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint, and therefore denies them.

4. Defendant admits the allegations in Paragraph 4 of the Complaint.

**JURISDICTION AND VENUE**

5. The allegations in Paragraph 5 of the Complaint comprise conclusions of law to which no response is required.

6. The allegations in Paragraph 6 of the Complaint regarding the propriety of venue comprise conclusions of law to which no response is required. To the extent a response is required, Defendant denies that it engaged in any conduct giving rise to this action from any location.

7. Defendant denies the allegations in Paragraph 7 of the Complaint.

**INTRODUCTION**

8. The allegations in Paragraph 8 of the Complaint comprise conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant admits that the language quoted in Paragraph 1 of the Complaint appears in *Krakauer v. Dish Network,*

*L.L.C.*, 925 F.3d 643, 649-50 (4th Cir. 2019). The *Krakauer* opinion speaks for itself.

9. The allegations in Paragraph 9 of the Complaint comprise conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant admits that the language quoted in Paragraph 1 of the Complaint appears in *Krakauer v. Dish Network, L.L.C.*, 925 F.3d 643, 649-50 (4th Cir. 2019). The *Krakauer* opinion speaks for itself.

## PLAINTIFF'S ALLEGATIONS

10. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint, and therefore denies them.

11. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint, and therefore denies them.

12. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint, and therefore denies them.

13. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint, and therefore denies them.

14. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint, and therefore denies them.

15. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint, and therefore denies them.

16. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Complaint, and therefore denies them.

17. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint, and therefore denies them.

18. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint, and therefore denies them.

19. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint, and therefore denies them.

20. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint, and therefore denies them.

21. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint, and therefore denies them.

22. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint, and therefore denies them.

23. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint, and therefore denies them.

24. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Complaint, and therefore denies them.

25. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint, and therefore denies them.

26. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint, and therefore denies them.

27. Defendant denies the allegations in Paragraph 27 of the Complaint.

28. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint, and therefore denies them.

29. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint, and therefore denies them.

30. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint, and therefore denies them.

31. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint, and therefore denies them.

32. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint, and therefore denies them.

33. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint, and therefore denies them. To the extent Plaintiff alleges Defendant caused any harm to Plaintiff, Defendant denies the allegations in Paragraph 33 of the Complaint.

34. Defendant lacks knowledge and information sufficient to form a belief as to the

1  truth of the allegations in Paragraph 34 of the Complaint, and therefore denies them.

2  **CLASS ALLEGATIONS**

3  35.   Defendant repeats and incorporates by reference each and every response set forth
4  above as if fully set forth herein.

5  36.   Defendant admits that Plaintiff purports to bring this case on behalf of a class as
6  defined in Paragraph 36 of the Complaint. Defendant denies each of the remaining allegations in
7  Paragraph 36.

8  37.   The allegations in Paragraph 37 of the Complaint are not directed at Defendant, and
9  thus no response is required. To the extent a response is required, Defendant denies them.

10  38.   Paragraph 38 of the Complaint comprises a legal conclusion to which no
11  response is required. To the extent a response is required, Defendant lacks knowledge and
12  information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the
13  Complaint, and therefore denies them.

14  39.   Paragraph 39 of the Complaint comprises a legal conclusion to which no response
15  is required. To the extent a response is required, Defendant denies the allegations. Defendant also
16  denies that it engaged in any illegal conduct.

17  40.   Paragraph 40 of the Complaint comprises a legal conclusion to which no response
18  is required. To the extent a response is required, Defendant lacks knowledge and information
19  sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Complaint, and
20  therefore denies them.

21  41.   Paragraph 41 of the Complaint comprises a legal conclusion to which no response
22  is required. To the extent a response is required, Defendant lacks knowledge and information
23  sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint, and
24  therefore denies them.

25  42.   Paragraph 42 of the Complaint comprises a legal conclusion to which no response
26  is required. To the extent a response is required, Defendant lacks knowledge and information
27  sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint, and
28  therefore denies them.

43. Paragraph 43 of the Complaint comprises a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations.

44. Paragraph 44 of the Complaint comprises a legal conclusion to which no response is required.  To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint, and therefore denies them.

45. Paragraph 45 of the Complaint comprises a legal conclusion to which no response is required.  To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint, and therefore denies them.

46. Paragraph 46 of the Complaint comprises a legal conclusion to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 46 of the Complaint, and therefore denies them.

47. Paragraph 47 of the Complaint comprises a legal conclusion to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint, and therefore denies them.

48. Paragraph 48 of the Complaint comprises a legal conclusion to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint, and therefore denies them.

49. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the Complaint, and therefore denies them.

50. Paragraph 50 of the Complaint comprises a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations.

51. Paragraph 51 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information

sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint, and therefore denies them.

52. Paragraph 52 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint, and therefore denies them.

53. Paragraph 53 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint, and therefore denies them.

54. Paragraph 54 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint, and therefore denies them.

55. Paragraph 55 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint, and therefore denies them.

56. Paragraph 56 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint, and therefore denies them.

57. Paragraph 57 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint, and therefore denies them.

58. Paragraph 58 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information

1   sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint, and
2   therefore denies them.

3       59.    Paragraph 59 of the Complaint comprises legal conclusions to which no response
4   is required. To the extent a response is required, Defendant lacks knowledge and information
5   sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint, and
6   therefore denies them.

7       60.    Paragraph 60 of the Complaint comprises legal conclusions to which no response
8   is required. To the extent a response is required, Defendant lacks knowledge and information
9   sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint, and
10  therefore denies them.

11      61.    Paragraph 61 of the Complaint comprises legal conclusions to which no response
12  is required. To the extent a response is required, Defendant lacks knowledge and information
13  sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Complaint, and
14  therefore denies them.

15      62.    Paragraph 62 of the Complaint comprises legal conclusions to which no response
16  is required. To the extent a response is required, Defendant lacks knowledge and information
17  sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the Complaint, and
18  therefore denies them.

19      63.    Paragraph 63 of the Complaint comprises legal conclusions to which no response
20  is required. To the extent a response is required, Defendant lacks knowledge and information
21  sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint, and
22  therefore denies them.

23      64.    Paragraph 64 of the Complaint comprises legal conclusions to which no response
24  is required. To the extent a response is required, Defendant lacks knowledge and information
25  sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint, and
26  therefore denies them.

27      65.    Paragraph 65 of the Complaint comprises legal conclusions to which no response
28  is required. To the extent a response is required, Defendant lacks knowledge and information

sufficient to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint, and therefore denies them.

66. Paragraph 66 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint, and therefore denies them.

67. Paragraph 67 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 67 of the Complaint, and therefore denies them.

68. Paragraph 68 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 68 of the Complaint.

## **COUNT I**

### **Violations of the TCPA, 47 U.S.C. § 227**

### **(On Behalf of Plaintiff and the National DNC Class)**

69. Defendant repeats and incorporates by reference each and every response set forth above as if fully set forth herein.

70. Paragraph 70 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 71 of the Complaint.  Defendant denies that it engaged in any wrongful conduct.

71. Paragraph 71 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 71 of the Complaint.  Defendant denies that it engaged in any wrongful conduct.

72. Paragraph 72 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 72 of the Complaint.  Defendant denies that it engaged in any wrongful conduct.

///

1    73.    Paragraph 73 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 73 of the Complaint. Defendant denies that it engaged in any wrongful conduct, or that it did so willfully or knowingly.

74.    Paragraph 74 of the Complaint comprises legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 74 of the Complaint. Defendant denies that it engaged in any wrongful conduct, and denies that Plaintiff is entitled to the relief requested.

## **PRAYER FOR RELIEF**

Defendant denies that Plaintiff is entitled to the relief requested in the portion of the Complaint titled "PRAYER FOR RELIEF," which begins on page 11 of the Complaint.

## **AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses to the Complaint as a whole, and to each cause of action set forth herein, and without shifting the burden of proof as to any of them, Defendant alleges as follows:

## **FIRST AFFIRMATIVE DEFENSE**

### **(Consent)**

The Complaint, and each claim for relief set forth therein, is barred because Plaintiff consented to the conduct of Defendant and/or its affiliates, agents, and/or other persons or entities acting on Defendant's behalf alleged in the Complaint.

## **SECOND AFFIRMATIVE DEFENSE**

### **(Good Faith)**

The Complaint, and each claim for relief set forth therein, is barred because Defendant's actions were at all times reasonable and were taken in the good faith exercise of its reasonable professional and business judgment. Moreover, Defendants at all relevant times exercised due care and acted in good faith regarding all acts alleged in the Complaint.

/ / /

/ / /

### THIRD AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

The Complaint, and each claim for relief set forth therein, is barred because Plaintiff fails to state a claim upon which relief can be granted.

### FOURTH AFFIRMATIVE DEFENSE

**(Estoppel)**

The Complaint, and each claim for relief set forth therein, is barred by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

**(Unclean Hands)**

The Complaint, and each claim for relief set forth therein, is barred by the doctrine of unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

**(Waiver)**

The Complaint, and each claim for relief set forth therein, is barred by the doctrine of waiver.

### SEVENTH AFFIRMATIVE DEFENSE

**(Wrongful Act of Employee)**

The Complaint, and each claim for relief set forth therein, is barred to the extent it attempts to hold Defendant liable for any alleged wrongful action taken by any employee that was taken outside the scope and course of the employee's duties and that was not authorized, condoned, or ratified by Defendant.

### EIGHT AFFIRMATIVE DEFENSE

**(No Damages)**

The Complaint, and each claim for relief set forth therein, is barred by Plaintiff's failure to establish any loss, injury, or damages.

///

///

## NINTH AFFIRMATIVE DEFENSE

### (No Actual Injury)

The Complaint, and each claim for relief set forth therein, is barred by Plaintiff's failure to establish that she has suffered an actual injury.

## TENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

The Complaint, and each claim for relief set forth therein, is barred because Plaintiff would be unjustly enriched if allowed to recover anything from Defendant under the Complaint.

## RESERVATION OF ADDITIONAL AFFIRMATIVE DEFENSES

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether there may be other as yet unstated affirmative defenses available to it and therefore expressly reserves the right to: (a) amend or supplement its Answer, defenses, and all other pleadings; and (b) assert any and all additional defenses under any applicable law in the event that discovery indicates such defenses would be appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for the following relief:

1. That Plaintiff take nothing by way of the Complaint.

2. That Defendant be dismissed from this action with prejudice and that judgment thereon be entered in favor of Defendant on all of Plaintiff's claims;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper.

Dated: September 30, 2025                           FENNEMORE LLP


By: */s/ Katherine Kao*
Katherine Kao
Attorneys for Defendant
Premium Choice Insurance Services

# CERTIFICATE OF SERVICE

*Debra Joann Coates Griffin v. Premium Choice Insurance Services, et al.*
**USDC, District of Oregon, Eugene Division No. 6:25-cv-1125**

I, Cynthia Virgen, declare

At the time of service, I was over the age of 18 and not a party to this action. I am employed in the County of Contra Costa, State of California. My business address is 2185 N. California Blvd., Suite 240, Walnut Creek, California 94596.

On September 30, 2025, I served the within document(s):

**DEFENDANT PREMIUM CHOICE INSURANCE SERVICES' ANSWER TO CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

on the interested parties in this action as follows:

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>PERRONG LAW LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Tel.:  (212) 225-5529<br>Email:  a@perronglaw.com | *Attorneys for Plaintiff, Debra Joann Coates Griffin* |
| Anthony Paronich, Esq.<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel.:  (617) 485-0018<br>Email: anthony@paronichlaw.com | *Pro Hac Vice Attorney for Plaintiff, Debra Joann Coates Griffin* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: September 30, 2025.

*/s/ Cynthia Virgen*
Cynthia Virgen