Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff,*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBRA JOANN COATS GRIFFIN, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM CHOICE INSURANCE SERVICES<br><br>Defendant. | Case No. 6:25-cv-1125 |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within forty-five days.

Dated: October 22, 2025

PLAINTIFF,
By her attorney

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com