IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEBRA JOANN COATS GRIFFIN, Individually and on behalf of herself and others similarly situated, | Case No. 6:25-cv-1125-MC |
| Plaintiff, | JUDGMENT |
| v. | |
| PREMIUM CHOICE INSURANCE SERVICES, | |
| Defendant. | |

MCSHANE, Judge:

Based on the record, Plaintiff's individual claims are DISMISSED with prejudice and

without fees. The putative class claims are DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 29th day of December 2025.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge